UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES EDWARD CURTIS,

        Plaintiff,

    v.

TERRY J. BENDA, *et al.*,

        Defendants.

Case No.  C08-5109FDB/KLS

ORDER EXTENDING TIME FOR
SERVICE OF COMPLAINT

      Plaintiff requests an extension of time and issuance of a summons so that he may personally effect service on Defendant Benda.  (Dkt. # 13).

      Accordingly, it is **ORDERED**:

    (1)    Plaintiff's request for an extension of time until September 30, 2008 (Dkt. # 13) is **GRANTED**;

    (2)    The Clerk shall issue the summons and return it to Plaintiff so that he may effect service on Defendant Benda;

    (3)    The Clerk is directed to send copies of this Order to Plaintiff and counsel for Defendants.

      DATED this  1st  day of July, 2008.

Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 1