UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMES EDWARD CURTIS,<br><br>             Plaintiff,<br><br>        v.<br><br>TERRY J. BENDA, *et al.*,<br><br>             Defendants. | Case No.  C08-5109FDB/KLS<br><br>ORDER EXTENDING PLAINTIFF'S TIME TO FILE RESPONSE TO MOTION TO DISMISS |

Plaintiff requests a sixty day extension of time within which to respond to Defendants' motion to dismiss. (Dkt. # 12).  Defendants' motion to dismiss (Dkt. # 11) is presently noted for June 13, 2008.  Defendants have not filed a response to Plaintiff's request for an extension.

Accordingly, it is **ORDERED:**

(1) Plaintiff's request for an extension (Dkt. # 12) is **GRANTED**; Plaintiff's response to Defendants' motion to dismiss shall be filed on or before **August 4, 2008**; Defendants' reply, if any, shall be filed on or before **August 8, 2008**;

(2) The Court Clerk shall **re-note** Defendants' motion to dismiss (Dkt. # 11) for **August 8, 2008**; and

ORDER
Page - 1

(3) The Clerk is directed to send copies of this Order to Plaintiff and counsel for Defendants.

DATED this  1st  day of July, 2008.

                                              Karen L. Strombom
                                              United States Magistrate Judge

ORDER
Page - 2