UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMES EDWARD CURTIS,<br><br>    Plaintiff,<br><br>  v.<br><br>TERRY J. BENDA, *et al.*,<br><br>    Defendants. | Case No. C08-5109 FDB<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION DENYING MOTION TO DISMISS |

This mater comes before the Court on the recommendation of the Magistrate Judge that Defendant's 12(b)(6) motion to dismiss Plaintiff's civil rights complaint be denied. Defendant has not filed an objection and appears to have conceded that the motion lacks merit.

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Defendants' motion to dismiss (Dkt. # 11) is **DENIED**;

(3) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants and to the Hon. Karen L. Strombom.

DATED this 26th day of September, 2008.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1