1  DISTRICT JUDGE FRANKLIN D. BURGESS
2  MAGISTRATE JUDGE KAREN L. STROMBOM

08-CV-05109-RPLY

FILED    LODGED
RECEIVED
DEC 15 2008
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMES EDWARD CURTIS, | NO. C08-5109-FOB-KLS |
| Plaintiff, | PLAINTIFF'S REPLY TO DEFENDANT RILEY'S RESPONSE TO PLAINTIFF'S MOTION FOR ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT |
| v. | |
| TERRY J. BENDA, et al, | |
| Defendants | NOTED FOR: 12/12/08 |

COMES NOW the Plaintiff, James Curtis, pro se, and hereby replies to "Defendant Riley's Response To Plaintiff's Motion For Order Granting Leave To File Amended Com-

PLAINTIFF'S REPLY TO DEFENDANT RILEY'S RESPONSE TO PLAINTIFF'S MOTION FOR ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT — 1
NO. C08-5109-FOB-KLS

James Curtis #984533
AHCC
P.O. Box 2049 MC374
Airway Heights, WA 99001

Case 3:08-cv-05109-BHS-KLS   Document 26   Filed 12/15/2008   Page 2 of 9

plaint.

## I. ARGUMENT

1. Aside from not receiving my proposed amended complaint, Defendant Riley has not proffered any reason to support his contention that the Court should deny me leave to file an amended complaint.

2. In fact, Defendant Riley's counsel, Ms. Olson, asserts that it is "unknown if the amendments would be futile or it tried would cause undue prejudice to Defendant Riley." She further asserts the following: "Until the Plaintiff provides a proposed amended complaint, the Court should deny his motion."

PLAINTIFF'S REPLY TO DEFENDANT RILEY'S RESPONSE TO PLAINTIFF'S MOTION FOR ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT — 2
NO. C08-5109-FDB-KLS

James Curtis #984533
AHCC
P.O. Box 2049 MB374
Airway Heights, WA
99001

3. While the Civil Rights Act, 42 U.S.C. section 1983, is not merely a "font of tort law," it is one of the few legal vehicles that is available to prisoners who have, inter alia, been subjected to, inter alia, criminal prosecutions based on fabricated evidence, etc.

4. I only wish to use this Act and forum to obtain justice.

5. I was unaware that I had to present my proposed amended complaint with my motion. I am not an attorney, nor have I had legal training or the experience of litigating a civil suit before.

PLAINTIFF'S REPLY TO DEFENDANT RILEY'S RESPONSE TO PLAINTIFF'S MOTION FOR ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT — 3
NO. C08-5109-FDB-KLS

James Curtis #984533
AHCC
P.O. Box 2049 MSF-H
Airway Heights, WA 99001

6. Under the circumstances, I ask that the Court either grant me leave to file an amended complaint, or, in the alternative, allow me to supplement the record by presenting my proposed amended complaint to the Court and opposing counsel so that

7. (a) opposing counsel can properly respond to my motion;

8. (b) the Court can make a decision as to whether or not I will be granted leave to file an amended complaint.

II SERVICE OF BENDA

9. Defendant Benda was properly

PLAINTIFF'S REPLY TO DEFENDANT RILEY'S RESPONSE TO PLAINTIFF'S MOTION FOR ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT - 4
NO. C08-5109-FDB-KLS

James Curtis #984533
AHCC
P.O. BOX 2049 MB37U
Airway Heights, WA 99001

1 served and is obstructing justice by trying to avoid
3 service, and I object to the hearsay in Ms.
5 Olson's declaration, and reserve the right to
7 file a motion to strike the proffered hear-
9 say from the record.

11        10.   In addition to the facts (con-
13 cerning service of Benda) contained in my
15 motion for leave to file an amended com-
17 plaint, the following should be borne in mind:

19        11.           (a) Defendant Benda is
21 being sued for tampering with, destroying and,
23 inter alia, fabricating evidence in a criminal
25 prosecution — acts that are <u>deceptive</u>, pre-
27 meditated and malicious in nature ;

30 PLAINTIFF'S REPLY TO DEFENDANT RILEY'S RESPONSE TO
PLAINTIFF'S MOTION FOR ORDER GRANTING LEAVE TO FILE
AMENDED COMPLAINT — 5                James Curtis #984533
                                     A4CC
NO. C08-5109-FDB-KLS                 P.O. BOX 2049 MB374
                                     Airway Heights, WA
                                                  99001

12.     (b.) Significantly, Mr. Vernon properly served Defendant Benda at his place of employment — that is, at the same address that the U.S. Marshal unsuccessfully attempted to serve Benda by mail at; and

13.     (c.) There is only one person who has a motive to ensure that proper service is not made: DEFENDANT TERRY BENDA.

14.     Defendant Benda is apparently manipulating Ms. Olson into believing and arguing that he wasn't properly served.

15.     As the proof of service

PLAINTIFF'S REPLY TO DEFENDANT RILEY'S RESPONSE TO PLAINTIFF'S MOTION FOR ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT — 6
NO. C08-5109-FDB-KLS

James Curtis #984533
AHCC
P.O. Box 2049 MB37U
Airway Heights, WA
99001

1 filed with the Court delineates, Defendant
2
3 Benda was served with the Complaint and
4
5 Summons.
6
7     16. Mr. Vernon is expected to
8
9 file a declaration addressing the assertions
10
11 made on behalf of Defendant Benda.
12
13     17. Moreover, the Complaint that
14
15 Defendant Benda was provided was legible,
16
17 and should not be confused with the
18
19 copied pages that were faxed to Ms. Olson
20
21 and then copied again before they were
22
23 attached to Ms. Olson's declaration.
24
25     CONCLUSION
26
27     For the reasons stated, the Court is
28
29
30 PLAINTIFF'S REPLY TO DEFENDANT RILEY'S RESPONSE TO
PLAINTIFF'S MOTION FOR ORDER GRANTING LEAVE TO FILE
AMENDED COMPLAINT - 7           James Curtis #984533
NO. C08-5109-FDB-KLS            AHCC
                                P.O. Box 2049 MB374
                                Airway Heights, WA
                                99001

requested to either grant me leave to file an amended complaint, or allow me to supplement my motion / the record with a proposed amended complaint.

Dated this 11th day of December, 2008.

I declare under penalty of perjury of the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge.

James Curtis
James Curtis #984533
Plaintiff, Pro Se

CERTIFICATE OF SERVICE

I hereby certify that I have mailed by United States Postal Service Plaintiff's

PLAINTIFF'S REPLY TO DEFENDANT RILEY'S RESPONSE TO PLAINTIFF'S MOTION FOR ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT — 8

NO. C08-5109-FOB-KLS

James Curtis #984533
AHCC
P.O. Box 2049 MB37-U
Airway Heights, WA 99001

1  Reply To Defendant Riley's Response To Plaintiff's
2
3  Motion For Order Granting Leave To File
4
5  Amended Complaint to the following parti-
6
7  cipant:
8
9           Sara J. Olson
10          Assistant Attorney General
11          Attorney General of Washington
12          P.O. Box 40116
13          Olympia, WA 98504-0116
14
15      Dated this 11th day of Dec-
16
17  ember, 2008.
18
19                          James E. Curtis
20                          James E. Curtis #984533

30 PLAINTIFF'S REPLY TO DEFENDANT RILEY'S RESPONSE TO
   PLAINTIFF'S MOTION FOR ORDER GRANTING LEAVE TO FILE
   AMENDED COMPLAINT - 9              James Curtis #984533
                                       AHCC
   NO. C08-5109-FOB-KLS                P.O. Box 2049
                                       Airway Heights, WA
                                       99001