UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| JAMES EDWARD CURTIS, | |
|---|---|
| Plaintiff, | Case No. C08-5109FDB/KLS |
| v. | ORDER GRANTING LEAVE TO SUPPLEMENT MOTION TO AMEND |
| TERRY J. BENDA, *et al.*, | |
| Defendants. | |

Before the Court is Plaintiff's motion to amend his Complaint. Dkt. # 23. Plaintiff failed to provide a proposed amended complaint with his motion and now requests leave to supplement his motion to remedy that failure.

Accordingly, it is **ORDERED:**

(1) Plaintiff is granted leave to supplement his motion to amend to provide the Court with his proposed amended complaint **on or before February 5, 2009**;

(2) The Clerk shall **re-note** Plaintiff's motion to amend for **February 27, 2009**; and

(3) The Clerk is directed to send copies of this Order to Plaintiff and counsel for Defendants.

DATED this  13th  day of January, 2009.

Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 1