UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES EDWARD CURTIS,

    Plaintiff,

  v.

TERRY J. BENDA, *et al.*,

    Defendants.

Case No. C08-5109 FDB

ORDER DENYING RECONSIDERATION OF MAGISTRATE JUDGE'S ORDER DENYING MOTION FOR REVOKING COURT ORDER AND ISSUANCE OF ORDER TO ENTER DEFAULT JUDGMENT AS MOOT

The Magistrate Judge has referred the Plaintiff's objections to this Court. Before the Court are Plaintiff's Objections to Magistrate Judge's Order Denying Motion for Revoking Court Order and Issuance of Order Entering Default Judgment as Moot. The Court finds Plaintiff's objections to be without merit. As detailed by the Magistrate Judge, a notice of appearance and waiver of service was filed on behalf of Defendant Terry J. Brenda by the Attorney General. Accordingly, Plaintiff's motion for default judgment is moot.

The Court, having reviewed the Order of Magistrate Judge Karen L. Strombom, the Objections thereto, and remaining record, does hereby find and ORDER:

(1)     The Court denies Plaintiff's objections to the Magistrate Judge's Order [Dkt. # 46].

(2)     This matter is re-referred to the Magistrate Judge for further proceedings

ORDER - 1

(3) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants and to the Hon. Karen L. Strombom.

DATED this 27th day of May, 2009.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 2