# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

JAMES EDWARD CURTIS,

        Plaintiff,

v.

TERRY J. BENDA, *et al.*,

        Defendants.

No. C08-5109 FDB/KLS

ORDER DIRECTING CLERK TO ISSUE UNSIGNED SUBPOENAS

    Before the Court is Plaintiff's Motion for Order Directing Clerk to Issue Subpoenas. Dkt. 56. Plaintiff requests that the Court direct the Clerk to send plaintiff eight signed subpoenas. *Id*. Plaintiff states that he previously requested three signed subpoenas, but that this request has been ignored. *Id*. (citing Dkt. 52). Three blank subpoenas to be completed and returned for signature were sent to Mr. Curtis on July 2, 2009. The Clerk will supply subpoenas for use, but does not sign them in blank. After a pro se litigant has completed the subpoena forms, the Clerk signs and returns them to the litigant.

    Accordingly, it is **ORDERED**:

1) Plaintiff's Motion for Order Directing Clerk to Issue Subpoenas (Dkt. 56) is

    **DENIED**; however, **the Clerk is directed to send five additional blank subpoena**

ORDER - 1

**forms to Plaintiff**.  After Plaintiff has completed the subpoena forms, he shall return them to the Clerk, who will sign and return them to Plaintiff.

2)  The Clerk is directed to send copies of this Order to Plaintiff.

DATED at Tacoma, Washington this  13th  day of July, 2009.

                                              Karen L. Strombom
                                              United States Magistrate Judge

ORDER - 2