1

2

3

4

5 **UNITED STATES DISTRICT COURT**
**WESTERN DISCTRICT OF WASHINGTON**
6 **AT TACOMA**

7 JAMES EDWARD CURTIS,
                                              NO. C08-5109 FDB/KLS
8                          Plaintiff,
                                              ORDER GRANTING DEFENDANT'S
9     v.                                      MOTION TO CONTINUE JOINT
                                              STATUS REPORT DUE DATE
10 TERRY J. BENDA, et al.,

11                         Defendants.

12          Before the court is Defendants' motion to continue the date for filing a Joint Status

13 Report, currently set for October 16, 2009. Dkt. 83, p. 1  Defendants filed a motion for

14 summary judgment filed on October 2, 2009 and that motion was noted for October 30, 2009.

15 Dkt. 82.  Plaintiff has filed a motion for extension of time to respond to Defendants' motion

16 for summary judgment.  Dkt. 87.  The court has not yet ruled on either of these motions.

17          Accordingly, the court finds that the deadline for submission of the parties' joint status

18 report should be continued.  It is **ORDERED**:

19          (1)      Defendants' Motion to Continue Joint Status Report (Dkt. 83) is **GRANTED**.

20 The parties shall file their Joint Status Report **on or before January 15, 2010.**

21          (2)      The Clerk shall send a copy of this Order to Plaintiff and counsel for

22 Defendants.

23          DATED this 10th day of November, 2009.

24

25                                            Karen L. Strombom
                                             United States Magistrate Judge
26