# UNITED STATES DISTRICT COURT
# WESTERN DISCTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| JAMES EDWARD CURTIS,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>TERRY J. BENDA, *et al.*,<br><br>　　　　　　　　Defendants. | NO. C08-5109 FDB/KLS<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

　　　　Before the Court is Plaintiff's Motion for Extension of Time to Respond to Defendants' Motion for Summary Judgment. Dkt. 87. Defendants' summary judgment motion was noted for October 30, 2009. Dkt. 82. Defendants have not filed a response in opposition to the request for an extension.

　　　　The Court finds that Plaintiff should be granted an extension of time to respond to the pending motion for summary judgment.

　　　　Accordingly, it is **ORDERED:**

　　　　(1)　　Plaintiff's motion for an extension of time (Dkt. 87) is **GRANTED**.

　　　　(2)　　Plaintiff may file his response to the motion for summary judgment (Dkt. 82) on or before **December 14, 2009**.

　　　　(3)　　Defendants' reply shall be due on or before **December 18, 2009**.

ORDER　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　1

(4)     The court clerk shall re-note the motion for summary judgment (Dkt. 82) for the court's consideration for **December 18, 2009**.

(5)     The Clerk is directed to send copies of this order to Plaintiff and counsel for Defendants.

**DATED** this 23rd day of November, 2009.

*/s/ Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge