**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| JAMES EDWARD CURTIS,<br><br>    Plaintiff,<br><br>  v.<br><br>TERRY J. BENDA, et al.,<br><br>    Defendants. | NO. C08-5109 FDB/KLS<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE JOINT STATUS REPORT DUE DATE |

The court, having reviewed the parties' Joint Motion to Continue Joint Status Report Due Date and the remaining record, does hereby find and **ORDER**:

   (1)   The Parties' Joint Motion to Continue Joint Status Report (Dkt. 98) is **GRANTED**. The parties shall file their Joint Status Report **on or before May 7, 2010.**

   (2)   The Clerk shall send a copy of this Order to Plaintiff and counsel for Defendants.

   DATED this  23rd  day of February, 2010.

                                                         Karen L. Strombom
                                                         United States Magistrate Judge

ORDER