**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

JAMES EDWARD CURTIS,

                Plaintiff,

   v.

TERRY J. BENDA, et al.

                Defendants.

NO. C08-5109 FDB/KLS

ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF

Before the court is Plaintiff's Motion for Leave to File Over-Length Response Brief, seeking leave to file a response brief of 96 more pages than is allowed by CR 7(e)(3). Dkt. 109. The court previously struck Plaintiff's response and ordered Plaintiff to comply with Rule 7(e)(3) (Dkt. 96) and denied a subsequent motion for leave to file an overlength response of 185 pages. Dkt. 102. That denial was affirmed by the district court. Dkt. 108. In his most recent motion, Mr. Curtis represents that he has endeavored to reduce his response and has managed to reduce it by over half of its original length and that further reduction would result in abandonment of some of his claims.

Accordingly, it is **ORDERED**:

    1.    Plaintiff's motion for leave to file a response brief of an additional 96 pages (Dkt. 109) is **GRANTED.**

ORDER    1

1  2. The Clerk shall send a copy of this Order to Plaintiff and counsel for Defendants.

**DATED** this  31st  day of March, 2010.

*[signature]*
Karen L. Strombom
United States Magistrate Judge

ORDER 2