# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| JAMES EDWARD CURTIS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>TERRY J. BENDA, et al.,<br><br>　　　　　Defendants. | NO. C08-5109 BHS/KLS<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE JOINT STATUS REPORT DUE DATE |

The court, having reviewed the parties' Joint Motion to Continue Joint Status Report Due Date and the remaining record, does hereby find and **ORDER**:

(1) The Parties' Joint Motion to Continue Joint Status Report (Dkt. 115) is **GRANTED**. The parties shall file their Joint Status Report **on or before June 18, 2010.**

(2) The Clerk shall send a copy of this Order to Plaintiff and counsel for Defendants.

DATED this  1st  day of June, 2010.

　　　　　　　　　　　　　　　　　　　　*/s/ Karen L. Strombom*
　　　　　　　　　　　　　　　　　　　　Karen L. Strombom
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER