**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| JAMES EDWARD CURTIS,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>TERRY J. BENDA, et al.,<br><br>　　　　　　　　Defendants. | NO. C08-5109 BHS/KLS<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE JOINT STATUS REPORT DUE DATE |

The court, having reviewed the parties' Joint Motion to Continue Joint Status Report Due Date and the remaining record, does hereby find and **ORDER**:

(1)　The Parties' Joint Motion to Continue Joint Status Report (Dkt. 128) is **GRANTED**.  The parties shall file their Joint Status Report **on or before October 29, 2010.**

(2)　The Clerk shall send a copy of this Order to Plaintiff and counsel for Defendants.

DATED this <u>11th</u> day of August, 2010.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Karen L. Strombom*
　　　　　　　　　　　　　　　　　　　　　　　Karen L. Strombom
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER