UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES EDWARD CURTIS,

    Plaintiff,

    v.

TERRY J. BENDA and WILLIAM E. RILEY,

    Defendants.

Case No. C08-5109 BHS

ORDER RE-REFERRING MATTER TO MAGISTRATE JUDGE

This matter comes before the Court on the Report and Recommendation of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 121. Defendants have filed objections to the Report and Recommendation (Dkt. 122) and the Plaintiff has filed a response to the objections (Dkt. 129).

The Court having considered the Report and Recommendation, Defendants' objections, Plaintiff's response, and the remaining record, does hereby find and order as follows:

The Court **RE-REFERS** this civil rights action to the Magistrate Judge for the limited purpose of consideration of Defendant William E. Riley's motion for summary judgment based on qualified immunity.

DATED this 28th day of September, 2010.

                BENJAMIN H. SETTLE
                United States District Judge

ORDER