1
2
3
4
5
6                        UNITED STATES DISTRICT COURT
                        WESTERN DISTRICT OF WASHINGTON
7                                  AT TACOMA
8
9    JAMES EDWARD CURTIS,

10                    Plaintiff,                    CASE NO. C08-5109BHS

11         v.                                       ORDER DENYING
                                                    PLAINTIFF'S MOTION FOR
12   TERRY J. BENDA, et al.,                        RECONSIDERATION

13                    Defendants.

14
15         This matter comes before the Court on Plaintiff James Edward Curtis's ("Curtis")

16   motion for reconsideration (Dkt. 139) of the Court's order adopting the Report and

17   Recommendation and dismissing Curtis' claims against Defendant Terry J. Benda

18   ("Benda") (Dkt. 59).  The Court has considered the pleadings filed in support of the

19   motion and the remainder of the file and hereby denies West's motion for reconsideration

20   for the reasons stated herein.

21         On October 6, 2010, the Court adopted the Report and Recommendation of the

22   Honorable Karen L. Strombom, United States Magistrate Judge, concluding that Benda

23   was entitled to qualified immunity and dismissing Curtis's claims against him.  Dkt. 134.

24   On October 25, 2010, Curtis filed a motion for leave to file overlength brief (Dkt. 138)

25   and a motion for reconsideration (Dkt. 139).

26         Motions for reconsideration are governed by Local Rule CR 7(h), which provides

27   as follows:

28

ORDER – 1

1
2

Motions for reconsideration are disfavored. The court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence.

3

Local Rule CR 7(h)(1).

4
5

Benda's motion alleges that new facts have surfaced that entitle him to

6

reconsideration of the Court's October 6, 2010, order. *See* Dkt. 139.  However, Curtis

7

fails to show any of the facts he alleges are relevant to the Court's determination in its

8

earlier order that Benda is entitled to qualified immunity.  First, the Court concludes that

9

Curtis's motion for leave to file his overlength brief should be granted.    However, the

10

Court concludes that Curtis has not adequately met his burden under CR 7(h)(1) because

11

he has failed to show the Court committed manifest error or show relevant new facts or

12

legal authorities that were not available for Curtis to bring to the Court's attention at an

13

earlier time.

14

Therefore, it is hereby **ORDERED** that Curtis's motion for leave to file overlength

15

brief (Dkt. 138) is **GRANTED** and his motion for reconsideration (Dkt. 139) is **DENIED**

16

for the reasons stated herein.

17

DATED this 29th day of October 2010.

18
19
20
21

BENJAMIN H. SETTLE
United States District Judge

22
23
24
25
26
27
28