UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMES EDWARD CURTIS,<br><br>                Plaintiff,<br><br>  v.<br><br>WILLIAM E. RILEY,<br><br>                Defendants. | NO. C08-5109 FDB/KLS<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

    Before the court is Plaintiff's Motion for Extension of Time to Respond to Defendant Riley's Motion for Summary Judgment. ECF No. 152. Defendant Riley's summary judgment motion was noted for January 7, 2010. ECF No. 148. Defendants have filed no response to the request for an extension.

    The Court finds that Plaintiff should be granted an extension of time to respond to the pending motion for summary judgment.

    Accordingly, it is **ORDERED:**

    (1)    Plaintiff's motion for an extension of time (ECF No. 152) is **GRANTED**.

    (2)    Plaintiff may file his response to the motion for summary judgment (ECF No. 148) on or before **March 7, 2011**.

    (3)    Defendant's reply shall be due on or before **March 11, 2011**.

ORDER        1

| | |
|---|---|
| 1 | (4)  The court clerk shall re-note the motion for summary judgment (ECF No. 148) for the court's consideration for **March 11, 2011**. |
| 2 | |
| 3 | (5)  The Clerk is directed to send copies of this order to Plaintiff and counsel for Defendants. |
| 4 | |
| 5 | **DATED** this   18th   day of January, 2011. |

Karen L. Strombom
United States Magistrate Judge

ORDER — 2