UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES EDWARD CURTIS,

                Plaintiff,

   v.

TERRY J. BENDA and WILLIAM E. RILEY,

                Defendants.

NO. C08-5109 BHS/KLS

ORDER GRANTING JOINT MOTION TO CONTINUE JOINT STATUS REPORT DUE DATE

The court, having reviewed the parties' Joint Motion to Continue Joint Status Report Due Date (ECF No. 161) and the remaining record, does hereby find and **ORDER**:

(1)    The Parties' Joint Motion to Continue Joint Status Report (ECF No. 161) is **GRANTED**. The parties shall file their Joint Status Report **on or before June 24, 2011.**

(2)    The Clerk shall send a copy of this Order to Plaintiff and counsel for Defendants.

DATED this  29th  day of March, 2011.

Karen L. Strombom
United States Magistrate Judge

ORDER