UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMES EDWARD CURTIS,<br><br>                Plaintiff,<br>  v.<br><br>TERRY J. BENDA and WILLIAM E. RILEY,<br><br>                Defendants. | No. 08-5109 BHS/KLS<br><br>ORDER DENYING THIRD MOTION FOR EXTENSION OF TIME |

Before the Court is Plaintiff's third motion for extension of time. ECF No. 168. Plaintiff requests an additional thirty days to respond to Defendant's motion for summary judgment. *Id.* On May 9, 2011, the Court extended the discovery deadline for the sole purpose of allowing Plaintiff to take the deposition of Timothy Davis. ECF No. 167. The court also struck the noting date of Defendant Riley's motion for summary judgment, with leave to re-file the motion after expiration of the new discovery deadline. *Id.*

Accordingly, Plaintiff's third motion for extension of time (ECF No. 168) is **DENIED as moot.** The Clerk is directed to send copies of this Order to Plaintiff and to counsel for Defendants.

    **DATED** this   23rd   day of May, 2011.

                                               Karen L. Strombom
                                               United States Magistrate Judge

ORDER - 1