UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES EDWARD CURTIS,

        Plaintiff,

v.

TERRY J. BENDA and WILLIAM E. RILEY,

        Defendants.

NO. C08-5109 BHS/KLS

ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION

Before the Court is Plaintiff's Motion for Reconsideration. ECF No. 184. Plaintiff seeks reconsideration of this Court's Order denying his second motion to amend. ECF No. 182. Under Local Rule CR7(h), motions for reconsideration are disfavored and will be denied absent a showing of manifest error or a showing of new facts or legal authority which could not have been presented earlier with reasonable diligence. That standard has not been met in this case.

Accordingly, it is **ORDERED:**

(1) Plaintiff's motion for reconsideration (ECF No. 184) is **DENIED.**

(2) The Clerk shall send copies of this Order to Plaintiff and counsel for Defendant.

**DATED** this  7th  day of July, 2011.

Karen L. Strombom
United States Magistrate Judge

ORDER DENYING MOTION FOR RECONSIDERATION    1