|   |   |
|---|---|
| UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>AT TACOMA | |
| JAMES EDWARD CURTIS,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>TERRY J. BENDA and WILLIAM E. RILEY,<br><br>　　　　　　Defendants. | NO. C08-5109 BHS/KLS<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |

Before the Court is Plaintiff's motion for an extension of time to respond to Defendant Riley's motion for summary judgment. ECF No. 193. Plaintiff has recently obtained counsel and counsel will require additional time to review the files and adequately respond to the motion for summary judgment. ECF No. 193. Defendant Riley is not opposed to an extension of sixty days. ECF No. 195.

Counsel is directed to correct his pleadings to show that Judge Benjamin H. Settle is the presiding District Judge in this case.

Accordingly, it is **ORDERED:**

(1) Plaintiff's motion for extension (ECF No. 193) is **GRANTED**. Plaintiff shall file his response to Defendant's motion for summary judgment **on or before October 31, 2011.** Defendant may file a reply **on or before November 4, 2011.** The Clerk is directed to **re-note** Defendant's motion for summary judgment (ECF No. 191) for **November 4, 2011.**

ORDER

1   (2) The Clerk shall send a copy of this Order to Plaintiff and counsel for
2 Defendants.

   **DATED** this __2nd__ day of September, 2011.

   *[signature]*
   Karen L. Strombom
   United States Magistrate Judge

ORDER