UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES EDWARD CURTIS,

    Plaintiff,

v.

TERRY J. BENDA and WILLIAM E. RILEY,

    Defendants.

NO. C08-5109 BHS/KLS

ORDER GRANTING MOTION FOR EXTENSIONS OF TIME

Before the Court is Plaintiff's motion for extensions of time to respond to Defendant Riley's motion for summary judgment and for the filing of the parties' Joint Status Report. ECF No. 199. Defendant Riley is in agreement with the requested extensions. *Id.*

Accordingly, it is **ORDERED:**

(1) Plaintiff's motion for extension (ECF No. 199) is **GRANTED**. Plaintiff shall file his response to Defendant's motion for summary judgment **on or before February 6, 2012.**[1] Defendant may file a reply **on or before February 10, 2012.** The Clerk is directed to **re-note** Defendant's motion for summary judgment (ECF No. 191) for **February 10, 2012.** The parties shall file their joint status report on **April 13, 2012.**

---

[1] Plaintiff requested that the summary judgment motion be re-noted for February 3, 2012 and that the time for his response extended to February 3, 2012. The proposed dates, however, do not allow for the filing of a reply by Defendant to Plaintiff's response.

ORDER

1     (2)    The Clerk shall send a copy of this Order to Plaintiff and counsel for
2 Defendants.

    **DATED** this __4th__ day of November, 2011.

/s/ Karen L. Strombom
Karen L. Strombom
United States Magistrate Judge

ORDER