UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMES EDWARD CURTIS,<br><br>                Plaintiff,<br><br>  v.<br><br>TERRY J. BENDA and WILLIAM E. RILEY,<br><br>                Defendants. | NO. C08-5109 BHS/KLS<br><br>ORDER GRANTING MOTION FOR EXTENSIONS OF TIME |

Before the Court is the Joint Motion for Extension of Time to Reply to Defendant Riley's Motion for Summary Judgment, currently set for February 10, 2012. ECF No. 203.

Accordingly, it is **ORDERED:**

(1) The Joint Motion for extension (ECF No. 203) is **GRANTED**. Plaintiff shall file his response to Defendant's motion for summary judgment **on or before March 26, 2012.** Defendant may file a reply **on or before March 30, 2012.** The Clerk is directed to **re-note** Defendant's motion for summary judgment (ECF No. 191) for **March 30, 2012.** The parties shall file their joint status report on **June 1, 2012.**

(2) The Clerk shall send a copy of this Order to Plaintiff and counsel for Defendants.

**DATED** this  3rd  day of February, 2012.

*/s/ Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

ORDER