UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES EDWARD CURTIS,

          Plaintiff,

v.

TERRY J. BENDA and WILLIAM E. RILEY,

          Defendants.

NO. C08-5109 BHS/KLS

ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Before the Court is a Joint Motion for Extension of Plaintiff's time to respond to Defendant Riley's motion for summary judgment. ECF No. 205. Defendant William E. Riley moved for summary judgment on August 2, 2011. ECF No. 191. Plaintiff has been granted several extensions of time to file his response. The most recent extension was granted, re-noting the motion for summary judgment on March 30, 2012. ECF No. 204.

This latest motion, which is agreed to by counsel for Defendant, is based on an interruption in the schedule of Plaintiff's counsel due to his wife' surgery and hospitalization from March 13, 2012 to March 19, 2012, and Plaintiff's recent transfer to Washington State Penitentiary in Walla Walla. ECF No. 205-1, at 1-2. Plaintiff has been without his legal materials, including his draft response to the Defendant's motion for summary judgment. *Id.*, at 2.

Accordingly, it is **ORDERED:**

ORDER

1     (1)     The joint motion for extension (ECF No. 205) is **GRANTED**. Plaintiff shall file his response to Defendant's motion for summary judgment **on or before April 23, 2012.** Defendant may file a reply **on or before April 27, 2012.** The Clerk is directed to **re-note** Defendant's motion for summary judgment (ECF No. 191) for **April 27, 2012.**

    (2)     The Clerk shall send a copy of this Order to Plaintiff and counsel for Defendants.

    **DATED** this  29th  day of March, 2012.

*/s/ Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

ORDER