UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMES EDWARD CURTIS,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>TERRY J. BENDA and WILLIAM E. RILEY,<br><br>　　　　　　　　Defendants. | No. C08-5109 BHS/KLS<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO FILE OVERLENGTH MOTION |

Before the Court is Plaintiff's Motion to File Over-Length Motion for Discovery Continuance Pursuant to Fed.R.Civ.P. 56(d). ECF No. 209. Plaintiff wishes to file a motion for discovery that exceeds the 12-page limit by one page. Plaintiff states that counsel for Defendant joins in the motion and has no objection. *Id.*

It is **ORDERED**:

1) Plaintiff's motion (ECF No. 209) is **GRANTED.** Pursuant to CR 7(f)(4), the reply brief shall not exceed one-half the total length of the brief filed in opposition.

2) The Clerk shall send a copy of this Order to Plaintiff and to counsel for Defendants.

**DATED** this   18th   day of April, 2012.

　　　　　　　　　　　　　　　　　　　　／s／ Karen L. Strombom
　　　　　　　　　　　　　　　　　　　　Karen L. Strombom
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER - 1