UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES EDWARD CURTIS,

      Plaintiff,

  v.

TERRY J BENDA and WILLIAM E RILEY,

      Defendants.

CASE NO. C08-5109 BHS-KLS

ORDER GRANTING MOTION TO WITHDRAW

Before the Court is the Motion to Withdraw filed by Robert W. Strohmeyer, attorney of record for Plaintiff James Edward Curtis. ECF No. 234. Mr. Strohmeyer states that Mr. Curtis has requested in writing that he withdraw as his attorney in this matter. *Id.* He further states that Defendants' attorney is not opposed to his withdrawal. *Id.*

Accordingly, it is **ORDERED:**

(1) Mr. Strohmeyer's motion to withdraw as attorney of record for Plaintiff James Edward Curtis (ECF No. 234) is **GRANTED.**

(2) The Clerk shall send a copy of this Order to Plaintiff and to counsel for Defendant.

Dated this <u>10th</u> day of May, 2012.

Karen L. Strombom
United States Magistrate Judge

ORDER - 1