UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES EDWARD CURTIS,

    Plaintiff,

v.

TERRY J. BENDA and WILLIAM E. RILEY,

    Defendants.

NO. C08-5109 BHS/KLS

ORDER GRANTING MOTIONS FOR EXTENSIONS OF TIME

Plaintiff (and his former counsel prior to withdrawing at Plaintiff's request) filed various motions requesting extensions of Plaintiff's deadlines to file a motion for reconsideration of the Court's order denying Plaintiff's motion to seal and to reply to Defendants' response to his motion for a discovery continuance. ECF Nos. 236, 237, and 239. Defendants are not opposed to the extensions. ECF No. 238.

Accordingly, it is **ORDERED:**

(1) Plaintiff's motions (ECF Nos. 236, 237 and 239) are **GRANTED**. Plaintiff shall file his motion for reconsideration **on or before June 18, 2012.** Plaintiff shall file his reply to Defendants' response in opposition to Plaintiff's motion for a discovery continuance **on or before June 22, 2012.**

ORDER

(2) The Clerk shall send a copy of this Order to Plaintiff and counsel for Defendants.

**DATED** this  14th  day of May, 2012.

/s/ Karen L. Strombom
Karen L. Strombom
United States Magistrate Judge

ORDER