UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMES EDWARD CURTIS,<br><br>                Plaintiff,<br>   v.<br><br>TERRY J. BENDA and WILLIAM E. RILEY,<br><br>                Defendants. | No. C08-5109 BHS/KLS<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO FILE OVERLENGTH REPLY BRIEF |

Before the Court is Plaintiff's Motion to File Over-Length Reply Brief pursuant to Local Rule CR 7(f). ECF No. 243. Plaintiff wishes to file a reply brief that exceeds the 6-page limit by 5 pages. The reply brief is currently filed at ECF No. 243-1.

It is **ORDERED**:

1) Plaintiff's motion (ECF No. 243) is **GRANTED.** The Clerk shall docket the proposed reply brief attached to Plaintiff's motion.

2) The Clerk shall send a copy of this Order to Plaintiff and to counsel for Defendants.

**DATED** this  18th  day of June, 2012.

                                      Karen L. Strombom
                                      United States Magistrate Judge

ORDER - 1