UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES EDWARD CURTIS,

                    Plaintiff,

    v.

TERRY J. BENDA and WILLIAM E.
RILEY,

                    Defendants.

No. C08-5109 BHS/KLS

ORDER GRANTING PLAINTIFF'S
MOTION TO FILE OVERLENGTH
REPLY BRIEF

Before the Court is Plaintiff's Motion to File Over-Length Reply Brief pursuant to Local
Rule CR 7(f). ECF No. 243. Plaintiff wishes to file a reply brief that exceeds the 6-page limit
by 5 pages. The reply brief is currently filed at ECF No. 243-1.

It is **ORDERED**:

    1)    Plaintiff's motion (ECF No. 243) is **GRANTED.** The Clerk shall docket the
          proposed reply brief attached to Plaintiff's motion.

    2)    The Clerk shall send a copy of this Order to Plaintiff and to counsel for
          Defendants.

**DATED** this  18th  day of June, 2012.

Karen L. Strombom
United States Magistrate Judge

ORDER - 1