UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES EDWARD CURTIS,

                Plaintiff,

    v.

TERRY J. BENDA, et al.,

                Defendants.

CASE NO. C08-5109 BHS

ORDER

      This matter comes before the Court on Plaintiff James Edward Curtis's ("Curtis") motion for extension of time to file objections to the Magistrate Judge's report and recommendations ("R&R") (Dkt. 261), motion for leave to file over-length objections (Dkt. 262), and motion to stay all proceedings (Dkt. 265).

      On August 29, 2012, the Court granted Curtis's motion for an extension of time to file objections to the report and recommendation. Dkt. 256. Curtis then requested a stay of all proceedings because he was being transferred and was unsure whether his legal material will be transferred as well. Dkt. 257. The Court concluded that Curtis failed to show good cause for a complete stay of this proceeding (Dkt. 260) and concludes that he again fails to do so in his current motion (Dkt. 265). Accordingly, his motion to stay all proceedings (Dkt. 265) is **DENIED**.

ORDER - 1

1   In addition, Curtis seeks an additional extension of time of 60 days to file

2   objections to the R&R.  The Court concludes that the motion for extension of time is

3   **GRANTED** to the extent that Curtis will be afforded an additional **30 days**, to which

4   Defendants are not opposed, to file his objections to the R&R.

5   Finally, Curtis seeks leave of the Court to file overlength objections to the R&R

6   on his motion for 56(d) continuance.  The Court **RESERVES RULING** on the motion

7   for leave in that the Court will decide what portion of the almost 300 pages of material is

8   relevant to the Court's ruling on the R&R.

9   Accordingly, the R&R (Dkt. 249) and Curtis's motion to file overlength objections

10  (Dkt. 262) are **RENOTED** to **November 5, 2012**.

11  **IT IS SO ORDERED.**

12  Dated this 15th day of October, 2012

_____
BENJAMIN H. SETTLE
United States District Judge