1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES EDWARD CURTIS,

                Plaintiff,

v.

WILLIAM E. RILEY,

                Defendant.

CASE NO. C08-5109 BHS

ORDER ADOPTING REPORT
AND RECOMMENDATION

13       This matter comes before the Court on the order denying Plaintiff James Edward

14 Curtis's ("Curtis") motion for a Rule 56(d) continuance (Dkt. 248) and Report and

15 Recommendations ("R&R") (Dkt. 249) of the Honorable Karen L. Strombom, United

16 States Magistrate Judge, and Curtis's objections to the order (Dkt. 266).

17       On July 23, 2012, Judge Strombom issued the order and R&R. In the order, Judge

18 Strombom concluded that "the discovery sought by Plaintiff will not aid him in proving

19 his claim against Defendant Riley." Dkt. 248 at 12. On September 17, 2012, Curtis filed

20 objections to this nondispositive order. Dkt. 262. Although Curtis filed over 300 pages

21 in objections, he fails to show that Judge Strombom's order is clearly erroneous or is

22

ORDER - 1

contrary to law. *See* Fed. R. Civ. P. 72(a). Therefore, the Court declines to modify or set aside the order.

With regard to the R&R, the Court granted Curtis's extension and renoted the R&R allowing Curtis ample time to file objections. However, the R&R has been ripe for more than a month and the Court has not received objections. Therefore, the Court having considered the R&R, the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The Court declines to modify or set aside Judge Strombom's order (Dkt. 248);

(2) The R&R is **ADOPTED**;

(3) The Court **GRANTS** Defendant Riley's motion for summary judgment;

(4) The Clerk shall enter **JUDGMENT** in favor of Defendant Riley;

(5) The Court **REVOKES** Curtis's *in forma pauperis* status; and

(6) This action is **DISMISSED**.

Dated this 12th day of December, 2012.

BENJAMIN H. SETTLE
United States District Judge